JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC GARANT and VALERIE SENIOR, | Case No.: 8:20-cv-01975-DOC-DFM |
| Plaintiffs, | [Hon. David O. Carter] |
| v. | **JUDGMENT** |
| FCA US LLC; TUTTLE-CLICK TUSTIN, INC., and DOES 1 through 10, inclusive, | |
| Defendants. | |

JUDGMENT

The Court has received Plaintiffs ERIC GARANT and VALERIE SENIOR ("Plaintiffs") notice of acceptance of Defendant FCA US LLC's ("Defendant" or "FCA") Offer of Judgment Pursuant to Fed. R. Civ. P. 68 ("Offer").

Accordingly, the Court enters JUDGMENT in favor of Plaintiffs and against Defendant in accordance with the terms and conditions stated in the Offer, which is attached to the notice of acceptance filed with the Court.

Specifically, Plaintiffs will deliver the 2013 Ram 3500, VIN 3C63RRJLXDG566613 ("Subject Vehicle") to FCA on a date, time and place mutually agreeable no later than 90 days after the entry of acceptance.

FCA will pay Plaintiffs **$190,000** for the Subject Vehicle, inclusive of civil penalties and any incidental/consequential damages after Plaintiffs deliver the Subject Vehicle to FCA and FCA receives documents necessary to complete the surrender. FCA will satisfy such funding obligations within 90 days. Plaintiffs will file a dismissal with prejudice as to all parties upon satisfaction of funding and completion of surrender.

In addition, Plaintiffs may seek an award of attorneys' fees and costs recoverable pursuant to California Civil Code Section 1794(d).

FCA will waive all claims it may have for costs and fees in this action.

Dated: December 11, 2020

*David O. Carter*

Hon. David O. Carter
United States District Court Judge

JUDGMENT